**Fill in this information to identify the case:**

Debtor name Solara Therapy, Limited

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known) 26-bk-16248

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Byline | Checking | 5221 | $2,911.88 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** — $2,911.88
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. Security Deposit, 3928 N. Broadway, Chicago, IL 60613 — $18,000.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** — $18,000.00
Add lines 7 through 8. Copy the total to line 81.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Solara Therapy, Limited
Name

Case number *(If known)* 26-bk-16248

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 9,989.20 | - | 8,291.04 | = .... | $1,698.16 |
| 11b. Over 90 days old: | 34,980.72 | - | 29,139.26 | =.... | $5,841.46 |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$7,539.62

**Part 4: Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Physical therapy exercise equipment, desks, chairs, etc. | Unknown | | Unknown |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>6 computers | Unknown | | Unknown |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Solara Therapy, Limited
Name

Case number *(If known)* 26-bk-16248

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.
$0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. 3928 N. Broadway, Chicago, IL 60613 | Leaasehold | Unknown | | Unknown |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.
$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Solara Therapy, Limited
Name

Case number *(If known)* 26-bk-16248

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes Fill in the information below.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Solara Therapy, Limited Case number *(If known)* 26-bk-16248
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,911.88 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $18,000.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $7,539.62 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*.........................................................................................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $28,451.50 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $28,451.50 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Solara Therapy, Limited

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): 26-bk-16248

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 Itria Ventures LLC | $574,477.02 | $0.00 |

Creditor's Name: Itria Ventures LLC

1 Penn Plaza, Suite 3130
New York, NY 10119

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
1/30/2026

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Receivables

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $574,477.02

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Solara Therapy, Limited

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): 26-bk-16248

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Horne, Sabrina<br>1537 E 83RD ST<br>Chicago, IL 60619 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,547.80 | $2,547.80 |
| | Date or dates debt was incurred: | Basis for the claim: Wages | | |
| | Last 4 digits of account number:<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Sheridan, Katie<br>1846 N HARDING AVE<br>Chicago, IL 60647 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,701.33 | $3,701.33 |
| | Date or dates debt was incurred: | Basis for the claim: Wages | | |
| | Last 4 digits of account number:<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.3 | Wong, Tony<br>3024 W IRVING PARK RD<br>Chicago, IL 60618 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,211.96 | $1,211.96 |
| | Date or dates debt was incurred: | Basis for the claim: Wages | | |
| | Last 4 digits of account number:<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Solara Therapy, Limited
Name

Case number (if known) 26-bk-16248

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
Alia
7036 W Belmont
Chicago, IL 60634

**As of the petition filing date, the claim is:** *Check all that apply.* $3,293.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.2 **Nonpriority creditor's name and mailing address**
BCBS of IL
300 E Randolph St.
Chicago, IL 60601

**As of the petition filing date, the claim is:** *Check all that apply.* $107,204.94

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.3 **Nonpriority creditor's name and mailing address**
Business Technology Solutions
3924 W Devon Suite 100
Lincolnwood, IL 60712

**As of the petition filing date, the claim is:** *Check all that apply.* $6,155.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.4 **Nonpriority creditor's name and mailing address**
Comcast
1701 John F Kennedy Blvd
Philadelphia, PA 19103

**As of the petition filing date, the claim is:** *Check all that apply.* $668.38

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.5 **Nonpriority creditor's name and mailing address**
Department of the Treasury/IRS
PO Box 7346
Philadelphia, PA 19101-7346

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** For Notice Purposes
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.6 **Nonpriority creditor's name and mailing address**
Illinois Department of Revenue
Bankruptcy Unit
P O Box 19035
Springfield, IL 62794-9035

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.7 **Nonpriority creditor's name and mailing address**
Illinois Dept. of Employment Security
Benefit Payment Control Division
P O Box 4385
60680

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Solara Therapy, Limited
Name

Case number (if known) 26-bk-16248

**3.8** **Nonpriority creditor's name and mailing address**
M10 Land Investments, LLC
400 E Randolph St.
Suite 2507
Chicago, IL 60601

**As of the petition filing date, the claim is:** *Check all that apply.* $22,596.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**
Mutual of Omaha
3300 Mutual of Omaha Plaza
Omaha, NE 68175

**As of the petition filing date, the claim is:** *Check all that apply.* $6,476.22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
Nick Tselepatiotis
3932 N Broadway
Chicago, IL 60613

**As of the petition filing date, the claim is:** *Check all that apply.* $9,700.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
People's Gas
200 E Randolph St Suite 5100
Chicago, IL 60601

**As of the petition filing date, the claim is:** *Check all that apply.* $935.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**
Physicians Revenue Group
3250 Lacey Rd. #160
Downers Grove, IL 60515

**As of the petition filing date, the claim is:** *Check all that apply.* $50,120.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.13** **Nonpriority creditor's name and mailing address**
Prompt Health
1000 Maxwell Ln Unit 700
Hoboken, NJ 07030

**As of the petition filing date, the claim is:** *Check all that apply.* $976.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
State Farm Insurance
1 State Farm Plaza
Bloomington, IL 61710

**As of the petition filing date, the claim is:** *Check all that apply.* $5,396.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.15** **Nonpriority creditor's name and mailing address**
The Hartford
1 Hartford Plaza
Hartford, CT 06155

**As of the petition filing date, the claim is:** *Check all that apply.* $15,975.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Solara Therapy, Limited
Name

Case number (if known) 26-bk-16248

| | | | |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Trustifi<br>5725 S Valley View Blvd Suite 5<br>Las Vegas, NV 89118<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,970.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Wellpoint Federal, Inc.<br>220 Virginia Ave<br>Indianapolis, IN 46204<br>**Date(s) debt was incurred** For Notice Purposes<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 7,461.09 |
| **5b. Total claims from Part 2** | 5b. + | $ 232,467.35 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 239,928.44 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Solara Therapy, Limited

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known) 26-bk-16248

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Nonresidential real property lease, 3928 N. Broadway (land and building, about 2,700 sq ft; physical therapy, administration, fitness classes). | |
| | State the term remaining | to 8/31/2028 | Chicago Title Land Trust Co. as Trustee<br>Attn.: Nick Tselepatiotis<br>3932 N. Broadway St.<br>Chicago, IL 60613 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Medical Billing Services Agreement | |
| | State the term remaining | | Physicians Revenue Group, Inc.<br>3250 Lacey Road, Suite 160<br>Downers Grove, IL 60515 |
| | List the contract number of any government contract | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Solara Therapy, Limited

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): 26-bk-16248

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Baal Perazim W&HS, PC | | Itria Ventures LLC | ☒ D 2.1<br>☐ E/F<br>☐ G |
| 2.2 | Baal Perazim Wellness Inc. | | Itria Ventures LLC | ☒ D 2.1<br>☐ E/F<br>☐ G |
| 2.3 | Maurice Antonio Brownlee | | Itria Ventures LLC | ☒ D 2.1<br>☐ E/F<br>☐ G |
| 2.4 | Maurice Antonio Brownlee | | Chicago Title Land Trust Co. as Trustee | ☐ D<br>☐ E/F<br>☒ G 2.1 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy